```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA          :   **UNSEALING ORDER**

          - v. -                  :   20 Mag. 7699

FLOR ALEJANDRA CAICEDO,           :

              Defendant.          :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Anden Chow;

It is found that the Complaint in the above-captioned action, 20 Mag. 7699, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court. SO ORDERED.

Dated:  New York, New York
        July 30, 2020

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE