

**MEMORANDUM ENDORSED**

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022

November 3, 2022

**BY ECF:**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Flor Caicedo
           Case No.: 20 Cr. 635 (GHW)
           Southern District of New York

Dear Judge Woodsn:

> Application denied without prejudice. The April 23, 2021 letter from the United States endorsed by the Court on April 23, 2021 endorsed the bail conditions established by the District of Georgia, which included "Location monitoring, at the discretion of U.S. Pre-Trial Services." It does not provide for a curfew or designate a particular form of location monitoring. The Court requests that counsel identify the source of the court-ordered obligation that he requests that the Court modify. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.
>
> SO ORDERED.
> Dated: November 3, 2022
> New York, New York
>
> GREGORY H. WOODS
> United States District Judge

    Please be advised that I represent **Flor Caicedo**. Ms. Caicedo respectfully submits this first request for modification of her release conditions. With this request Ms. Caicedo seeks to have the location monitoring and curfew conditions removed from her conditions of release. She has been fully compliant with all release conditions for nearly two years and the continued costs of location monitoring are beginning to impact her.

    I have spoken with USPO Lea Harmon who says that as Ms. Caicedo has been in compliance with her release conditions and her office has no objection to having the curfew and location monitoring conditions removed from Ms. Caicedo's release conditions.

    I have reached out to AUSA Chow who advises that his office defers to pre-trial's recommendation regarding the requested modification.

    Thank you for your consideration.

                              Sincerely,

                          **Spodek Law Group P.C.**
                            /S/ Todd A. Spodek

TS/sj
cc:    All Counsel (By ECF).